# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **Steven N. Caviness,** | ) |
| | ) |
|    Plaintiff, | ) Case No. 1:09-CV-00098-JRH-WLB |
| | ) |
| v. | ) |
| | ) |
| **James R. Holland, II, and** | ) |
| **Wettermark, Holland** | ) |
| **& Keith, LLC,** | ) |
| | ) |
|    Defendants. | ) |

_____

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' CLEAR AND PALPABLE LIABILITY

COMES NOW, Steven N. Caviness, Plaintiff in the above-styled action (hereinafter "Mr. Caviness" or "Plaintiff") and, pursuant to Southern District of Georgia Local Rule 56 and FED. R. CIV. P. 56(d)(2), moves this Honorable Court for partial summary judgment as to liability for clear and palpable legal malpractice and breach of fiduciary duty against Defendants James R. Holland, II, Esq. and his law firm, Wettermark, Holland & Keith, LLC, jointly and severally (hereinafter "Defendant Holland" and "Defendant WHK" respectively or collectively as "Defendants"). Plaintiff's Brief in Support hereof and Plaintiff's Concise Statement of Facts to Which No Issues Remain To Be Tried are filed concurrently herewith.

Respectfully submitted this 12th day of July, 2010.

/s/ DOUGLAS V. CHANDLER
DOUGLAS V. CHANDLER, ESQ.
Georgia Bar No. 783525


/s/ HENRY N. CRANE III
HENRY N. CRANE III
Georgia Bar No. 193197
Attorneys for Plaintiff


BELTRAN & CHANDLER
Atlantic Center Plaza, Suite 2450
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 892-3100

DURHAM & CRANE LAW FIRM, P.C.
2350 Washington Road
Augusta, Georgia 30904
(706) 738-7111

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion for Partial Summary Judgment As To Defendants' Clear And Palpable Liability was served upon the following individuals via email through the Federal Court's CM/ECF system, addressed as follows:

Peter Werdesheim, Esq.
Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, Georgia 30303

This 12th day of July, 2010.

By: /s/ Henry N. Crane III
Henry N. Crane III
Georgia Bar No. 193197

Durham & Crane Law Firm, P.C.
2350 Washington Road
Augusta, Georgia 30904
(706) 738-7111