# In the United States District Court
## Southern District of Georgia
## Augusta Division

| | |
|---|---|
| Steven N. Caviness, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:09-CV-00098-JRH-WLB |
| vs. | ) |
| | ) |
| James R. Holland II and Wettermark, | ) |
| Holland & Keith, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## Defendants' Motion for Summary Judgment

Defendants James R. Holland, II and Wettermark, Holland & Keith, LLC hereby move the Court in accordance with Federal Rule of Civil Procedure 56 for entry of summary judgment as to Plaintiff's claims. In support of this Motion, Defendants rely upon their contemporaneously filed Memorandum of Law, Statement of Undisputed Material Facts, and exhibits, as well as all other pertinent matters of record.

Respectfully submitted this the 12th day of July, 2010.

**Carlock, Copeland & Stair, LLP**

By:   /s/ Peter Werdesheim

| | |
|---|---|
| 2600 Marquis Two Tower | Johannes S. Kingma |
| 285 Peachtree Center Ave. | Georgia Bar No. 421650 |
| Atlanta, GA 30303 | Peter Werdesheim |
| (404) 522-8220 | Georgia Bar No. 748330 |
| | *Attorneys for Defendants* |

## Certificate of Service

I hereby certify a true and correct copy of *Defendants' Motion for Summary Judgment* was served upon the following individuals through the Court's CM/ECF system, addressed as follows:

Frank J. Beltran, Esq.
Douglas V. Chandler, Esq.
Beltran & Chandler
Atlantic Center Plaza, Suite 2450
1180 W. Peachtree St.
Atlanta, GA 30309

Danny L. Durham, Esq.
Henry N. Crane, III, Esq.
Durham & Crane Law Firm
2350 Washington Rd.
Augusta, GA 30904

This the 12th day of July, 2010.

**Carlock, Copeland & Stair, LLP**

By:   /s/ Peter Werdesheim
Peter Werdesheim
Georgia Bar No. 748330

2600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303
(404) 522-8220